UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
**In re:**                                                 :
                                                           :  **Chapter 15**
**SYNCREON AUTOMOTIVE (UK) LTD.**                          :  **Case No. 19– 11702 (BLS)**
                                                           :
    Debtor in a foreign proceeding.[1]                     :
                                                           :
---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) ss:
COUNTY OF NEW CASTLE     )

      Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to Carine Van Landschoot, in her capacity as the duly appointed foreign representative of syncreon Automotive (UK) Ltd., in the above-captioned action, and that on the 1st day of August, 2019, she caused a copy of the following documents to be served upon the parties on the attached service lists in the manner indicated:

- **Chapter 15 Petition of syncreon Automotive (UK) Ltd. for Recognition of a Foreign Proceeding (Docket No. 1)**
- **Motion for Entry of Order (I) Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice and (II) Granting Related Relief (Docket No. 2)**
- **Motion for Recognition of Foreign Main Proceeding and Request for Certain Related Relief (Docket No. 3)**
- **Declaration of Carine Van Landschoot in Support of Motion for Recognition of Foreign Main Proceeding and Request for Certain Related Relief (Docket No. 4)**
- **Declaration of Andrew J. Wilkinson as English Counsel to Debtor in Support of Motion for Recognition of Foreign Main Proceeding and Request for Certain Related Relief (Docket No. 5)**
- **Order (I) Scheduling Recognition Hearing And Specifying Form And Manner Of Service Of Notice And (II) Granting Related Relief (Docket No. 7)**
- **Notice of Hearing on Motion for Recognition of Foreign Main Proceeding and Request for Certain Related Relief (Docket No. 8)**

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 1st day of August, 2019.

_____
Notary Public
My Commission Expires: 1/5/20

---

[1] The identifying four digits of the Debtor's U.S. federal tax identification number are 1748. The identifying four digits of the Debtor's local U.K. tax identification number are 2112. The location of the Debtor's corporate headquarters and registered office is Unit 5 Logix Road, R D Park, Hinckley, Watling Street, Leicestershire, LE10 3BQ, United Kingdom. The Debtor's (UK) company registration number is 03012604.

DOCS_DE:224516.1 82579/001

syncreon Automotive Service List FCM
Case No. 19-11702
Document No. 224711
03 – Hand Delivery
10 – First Class Mail
03 – Foreign First Class

*(Counsel to syncreon Automotive (UK) Ltd (the Debtor))*
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
919 North Market Street
17th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(US Trustee)*
Office of the United States Trustee
for the District of Delaware
David L. Buchbinder, Esquire
J. Caleb Boggs Federal Building
844 N King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to HoldCo)*
Young Conaway Stargatt & Taylor, LLP
Edmon L. Morton, Esq.
Sean T. Greecher, Esq.
Rodney Square
1000 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to the Ad Hoc Group)*
Richards, Layton & Finger
Mark D. Collins, Esq.
920 North King Street
Wilmington, DE  19201

**FIRST CLASS MAIL**
*(Counsel to syncreon Automotive (UK) Ltd (the Debtor))*
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq.
Ryan Preston Dahl, Esq.
Andriana Georgallas, Esq.
767 Fifth Ave
New York, NY  10153

**FIRST CLASS MAIL**
*(Counsel to HoldCo)*
Simpson, Thatcher and Barlett, LLP
Sandeep Qusba, Esq.
Edward Linden, Esq.
Chase Bentley, Esq.
425 Lexington Avenue
New York, New York 10017

**FIRST CLASS MAIL**
*(Counsel to the Ad Hoc Group)*
Jones Day
Scott J. Greenber, Esq.
Michael J. Cohen, Esq.
Nicholas J. Morin, Esq.
250 Vesey Street
New York, NY  10281

**FIRST CLASS MAIL**
*(Counsel to the Liquidity Loan Agent)*
Shipman & Goodwin LLP
Nathan Z. Plotkin, Esq.
Kathleen LaManna, Esq.
Kimberly Cohen, Esq.
One Constitution Plaza
Hartford, CT  06103-1919

**FIRST CLASS MAIL**
*(Counsel to the Revolving Credit Facility Agent)*
Cortland Capital Market Services, LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Jacob Adlerstein, Esq.
Teresa LII, Esq
1285 Avenue of the Americas
New York, NY  10019-6064

**FIRST CLASS MAIL**
*(Counsel to the Revolving Credit Facility Agent)*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Claudia Tobler, Esq.
2001 K St NW
Washington, DC 20006

**FIRST CLASS MAIL**
*(Counsel to the Indenture Trustee)*
Bank of New York Mellon
c/o Norton Rose Fulbright US LLP
Marian Baldwin Fuerst
Francisco Vazquez
1301 Avenue of the Americas
New York, NY  10019-6022

**FIRST CLASS MAIL**
*(Counsel to Counsel to theCurrent ABL Agent)*
Wells Fargo Bank, N.A.
c/o Kelley Drye & Warren LLP
Pamela Bruzzese-Szczygiel, Esq.
101 Park Avenue
New York, NY  10178

**FIRST CLASS MAIL**
*(Counsel to the Current ABL Lender)*
Linkslaters LLP
Robert Trust, Esq.
1345 Avenue of the Americas
New York, NY  10105

**FIRST CLASS MAIL**
*(Counsel to New ABL)*
Latham & Watkins LLP
Richard A. Levey, Esq.
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611

**FOREIGN FIRST CLASS**
*(Foreign Representative)*
Carine Van Landschoot
syncreon Tilburg
Athenstraat 4-10
5047 RK Tilburg
NETHERLANDS

**FOREIGN FIRST CLASS**
*(Parent Credit Facility Agent)*
Wilmington Trust (London) Limited
Sajada Afzal
Third Floor
1 Kings Arms Yard
LONDON EC2R 7AF

**FOREIGN FIRST CLASS**
*(Information Agent)*
Lucid Issuer Services Limited
Sunjeeve Patel, Managing Director
Tankerton Works
12 Argyle Walk
LONDON WC1H 8HA

syncreon Automotive Service List
EXPEDITED
Case No. 19-11702
Document No. 224720
01 – Overnight Delivery
03 – Foreign Overnight
26 – Email

*(Counsel to syncreon Automotive (UK) Ltd (the Debtor))*
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
919 North Market Street
17th Floor
Wilmington, DE  19801
Email: ljones@pszjlaw.com;
tcairns@pszjlaw.com

**OVERNIGHT DELIVERY**
*(US Trustee)*
Office of the United States Trustee for the District of Delaware
David L. Buchbinder, Esquire
J. Caleb Boggs Federal Building
844 N King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email: David.L.Buchbinder@usdoj.gov

**FOREIGN OVERNIGHT AND EMAIL**
*(Information Agent)*
Lucid Issuer Services Limited
Sunjeeve Patel, Managing Director
Tankerton Works
12 Argyle Walk
London WC1H 8HA
Email: sdpatel@lucid-is.com

**FOREIGN OVERNIGHT AND EMAIL**
*(Parent Credit Facility Agent)*
Wilmington Trust (London) Limited
Sajada Afzal
Third Floor
1 Kings Arms Yard
London EC2R 7AF
Email: safzal@wilmingtontrust.com

**FOREIGN OVERNIGHT AND EMAIL**
*(Foreign Representative)*
Carine Van Landschoot
syncreon Tilburg
Athenstraat 4-10
5047 RK Tilburg
Netherlands
Email: carine.vanlandschoot@syncreon.com

**EMAIL**
*(Counsel to HoldCo)*
Young Conaway Stargatt & Taylor, LLP
Edmon L. Morton, Esq.
Sean T. Greecher, Esq.
Rodney Square
1000 North King Street
Wilmington, DE  19801
Email: emorton@ycst.com;
sgreecher@ycst.com

**EMAIL**
*(Counsel to the Ad Hoc Group)*
Richards, Layton & Finger
Mark D. Collins, Esq.
920 North King Street
Wilmington, DE  19201
Email: collins@rlf.com

**EMAIL**
*(Counsel to syncreon Auotmotive (UK) Ltd (the Debtor))*
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq.
Ryan Preston Dahl, Esq.
Andriana Georgallas, Esq.
767 Fifth Ave
New York, NY 10153
Email: matt.barr@weil.com;
ryan.dahl@weil.com;
andriana.georgallas@weil.com

**EMAIL**
*(Counsel to HoldCo)*
Simpson, Thatcher and Barlett, LLP
Sandeep Qusba, Esq.
Edward Linden, Esq.
Chase Bentley, Esq.
425 Lexington Avenue
New York, NY 10017
Email: squsba@stblaw.com;
edward.linden@stblaw.com;
chase.bentley@stblaw.com

**EMAIL**
*(Counsel to the Ad Hoc Group)*
Jones Day
Scott J. Greenber, Esq.
Michael J. Cohen, Esq.
Nicholas J. Morin, Esq.
250 Vesey Street
New York, NY 10281
Email: mcohen@jonesday.com;
sgreenberg@jonesday.com;
nmorin@jonesday.com

**EMAIL**
*(Counsel to the Liquidity Loan Agent)*
Shipman & Goodwin LLP
Nathan Z. Plotkin, Esq.
Kathleen LaManna, Esq.
Kimberly Cohen, Esq.
One Constitution Plaza
Hartford, CT 06103-1919
Email: nplotkin@goodwin.com;
klamanna@goodwin.com;
kcohen@goodwin.com

**EMAIL**
*(Counsel to the Revolving Credit Facility Agent)*
Cortland Capital Market Services, LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP (New York Office)
Jacob Adlerstein, Esq. (New York)
Teresa Lii, Esq. (New York)
New York Office
1285 Avenue of the Americas
New York, NY 10019-6064
Email: jadlerstein@paulweiss.com;
tlii@paulweiss.com

**EMAIL**
*(Counsel to the Revolving Credit Facility Agent)*
Cortland Capital Market Services, LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP (DC Office)
Claudia Tobler, Esq. (DC)
Washington, DC Office
2001 K St NW
Washington, DC 20006
Email: ctobler@paulweiss.com

**EMAIL**
*(Counsel to the Indenture Trustee)*
Bank of New York Mellon
c/o Norton Rose Fulbright US LLP
Marian Baldwin Fuerst
Francisco Vazquez
1301 Avenue of the Americas
New York, NY 10019-6022
Email:
marian.baldwin@nortonrosefulbright.com;
francisco.vazquez@nortonrosefulbright.com

**EMAIL**
*(Counsel to theCurrent ABL Agent)*
Wells Fargo Bank, N.A.
c/o Kelley Drye & Warren LLP
Pamela Bruzzese-Szczygiel, Esq.
101 Park Avenue
New York, NY 10178
Email: pbruzzese-szczygiel@kelleydrye.com

**EMAIL**
*(Counsel to the Current ABL Lender)*
Linkslaters LLP
Robert Trust, Esq.
1345 Avenue of the Americas
New York, NY 10105
Email: robert.trust@linkslaters.com

**EMAIL**
*(Counsel to New ABL)*
Latham & Watkins LLP
Richard A. Levey, Esq.
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Email: richard.levy@lw.com