**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                     :
                                           :          Chapter 15
                                           :
SYNCREON AUTOMOTIVE (UK) LTD.              :          Case No. 19-11702 (BLS)
                                           :
       Debtor in a foreign proceeding.¹    :
                                           :
------------------------------------------------------------ x
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearance

as counsel to syncreon Global Holdings Limited ("HoldCo"), pursuant to Rules 2002 and 9010

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all

notices given or required to be given in this chapter 15 case (the "Chapter 15 Case"), and all

papers served or required to be served in the Chapter 15 Case, be given and served upon:

| | |
|---|---|
| Sandeep Qusba, Esq. | Edmon L. Morton, Esq. |
| Edward R. Linden, Esq. | Sean T. Greecher, Esq. |
| Chase A. Bentley, Esq. | Betsy L. Feldman, Esq. |
| SIMPSON THACHER & BARTLETT LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 425 Lexington Avenue | Rodney Square |
| New York, New York 10017 | 1000 North King Street |
| Telephone:  (212) 455-2000 | Wilmington, Delaware 19801 |
| Facsimile:  (212) 455-2502 | Telephone:  (302) 571-6600 |
| E-Mail:  SQusba@stblaw.com | Facsimile:  (302) 571-1253 |
|          Edward.Linden@stblaw.com | **CM/ECF Notices Only:** bankfilings@ycst.com |
|          Chase.Bentley@stblaw.com | E-Mail:  emorton@ycst.com |
| |          sgreecher@ycst.com |
| |          bfeldman@ycst.com |

---

¹       The identifying four digits of the Debtor's U.S. federal tax identification number are 1748.  The identifying four digits of the Debtor's local U.K. tax identification number are 2112. The Debtor's (UK) company registration number is 03012604.  The location of the Debtor's corporate headquarters and registered office is Unit 5 Logix Road, R D Park, Hinckley, Watling Street, Leicestershire, LE10 3BQ, United Kingdom.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 15 Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtor, property of the Debtor, or HoldCo.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 15 Case shall be deemed or construed as a waiver of any rights of HoldCo to (i) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 15 Case or any case, controversy, or proceeding related to the Chapter 15 Case, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which HoldCo is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  August 2, 2019          SIMPSON THACHER & BARTLETT LLP
      Wilmington, Delaware      Sandeep Qusba (*pro hac vice* pending)
                                       Edward R. Linden (*pro hac vice* pending)
Chase A. Bentley (*pro hac vice* pending)
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

           -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Betsy L. Feldman*
Edmon L. Morton (No. 3856)
Sean T. Greecher (No. 4484)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Attorneys for syncreon Global Holdings Limited*