<u>**Exhibit B**</u>

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
**In re:**                                                   :
                                                             : **Chapter 15**
                                                             :
**SYNCREON AUTOMOTIVE (UK) LTD.**                            : **Case No. 19–11702 (BLS)**
                                                             :
**Debtor in a foreign proceeding.**[1]                       :
                                                             :
------------------------------------------------------------ x

## ORDER CLOSING CHAPTER 15 CASE

Upon the *Final Report of Foreign Representative and Motion for Entry of an Order Closing Chapter 15 Case* (the "**Final Report and Motion**")[2] filed by Carine Van Landschoot in her capacity as the duly-appointed foreign representative (the "**Foreign Representative**") of the debtor (the "**Debtor**") in the above-captioned chapter 15 case (the "**Chapter 15 Case**"), pursuant to Rule 5009(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 5009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and sections 350 and 1517(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an order closing the Chapter 15 Case; and this Court having jurisdiction to consider the Final Report and Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Final Report and Motion and the requested relief being a core

---

[1] The identifying four digits of the Debtor's U.S. federal tax identification number are 1748. The identifying four digits of the Debtor's local U.K. tax identification number are 2112. The Debtor's (UK) company registration number is 03012604. The location of the Debtor's corporate headquarters and registered office is Unit 5 Logix Road, R D Park, Watling Street, Hinckley, Leicestershire, LE10 3BQ, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the Final Report and Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the Van Landschoot Declarations, the record of the Hearing, and all of the proceedings had before this Court; and this Court having determined that the legal and factual bases set forth in the Final Report and Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Final Report and Motion is in the best interests of the Debtor, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Final Report and Motion is granted as provided herein.

2. Pursuant to sections 350(a) and 1517(d) of the Bankruptcy Code, Bankruptcy Rule 5009(c), and Local Rule 5009-2, the Chapter 15 Case of syncreon Automotive (UK) Limited (Case No. 19-11702) (BLS) is hereby closed. The Clerk of this Court shall enter this Order on the docket of the Chapter 15 Case and the docket of this Chapter 15 Case shall be marked "closed."

3. This Order is without prejudice to the rights of any party to seek to reopen this case for cause pursuant to section 350(b) of the Bankruptcy Code.

4. Any orders heretofore entered by this Court in the Chapter 15 Case shall survive entry of this Order.

5. Service of the Notice of Final Report and Motion is hereby approved as adequate and sufficient notice and service on all interested parties, and no other or further notice is required.

WEIL:\97234220\4\69894.0005

6. This Court shall retain jurisdiction with respect to its prior orders in the Chapter 15 Case, the enforcement, amendment, or implementation of this Order, or requests for any additional relief in or related to the Chapter 15 Case.

7. The Foreign Representative is authorized to take actions necessary to effect the relief granted by this Order.

Dated: _____, 2020
       Wilmington, Delaware

                                                 _____
                                                 UNITED STATES BANKRUPTCY JUDGE