## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x
**In re:**                                                   :
                                                             :    **Chapter 15**
                                                             :
**SYNCREON AUTOMOTIVE (UK) LTD.**                            :    **Case No. 19–11702 (BLS)**
                                                             :
**Debtor in a foreign proceeding.**[1]                       :
                                                             :
------------------------------------------------------------ x

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 6th day of December, 2019, I caused a copy of the following documents to be served on the individuals on the attached service lists in the manner indicated:

> **Final Report of Foreign Representative and Motion for Entry of an Order Closing Chapter 15 Case**

> */s/ Timothy P. Cairns*
> Timothy P. Cairns (Bar No. 4228)

---

[1] The identifying four digits of the Debtor's U.S. federal tax identification number are 1748. The identifying four digits of the Debtor's local U.K. tax identification number are 2112. The Debtor's (UK) company registration number is 03012604. The location of the Debtor's corporate headquarters and registered office is Unit 5 Logix Road, R D Park, Hinckley, Watling Street, Leicestershire, LE10 3BQ, United Kingdom.

syncreon Automotive Service List FCM
Case No. 19-11702
Document No. 224711
04 – Hand Delivery
11 – First Class Mail
03 – Foreign First Class

*(Counsel to syncreon Automotive (UK) Ltd (the Debtor))*
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
919 North Market Street
17th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(US Trustee)*
Office of the United States Trustee
for the District of Delaware
David L. Buchbinder, Esq.
J. Caleb Boggs Federal Building
844 N King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to HoldCo)*
Young Conaway Stargatt & Taylor, LLP
Edmon L. Morton, Esq.
Sean T. Greecher, Esq.
Rodney Square
1000 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to the Ad Hoc Group)*
Richards, Layton & Finger
Mark D. Collins, Esq.
920 North King Street
Wilmington, DE  19201

**HAND DELIVERY**
*(Counsel to syncreon Global Holdings Limited)*
Edmon L. Morton, Esq.
Sean T. Greecher, Esq.
Betsy L. Feldman, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**FIRST CLASS MAIL**
*(Counsel to syncreon Automotive (UK) Ltd (the Debtor))*
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq.
Ryan Preston Dahl, Esq.
Andriana Georgallas, Esq.
767 Fifth Ave
New York, NY  10153

**FIRST CLASS MAIL**
*(Counsel to HoldCo)*
Simpson, Thatcher and Barlett, LLP
Sandeep Qusba, Esq.
Edward Linden, Esq.
Chase Bentley, Esq.
425 Lexington Avenue
New York, New York 10017

**FIRST CLASS MAIL**
*(Counsel to the Ad Hoc Group)*
Jones Day
Scott J. Greenberg, Esq.
Michael J. Cohen, Esq.
Nicholas J. Morin, Esq.
250 Vesey Street
New York, NY  10281

**FIRST CLASS MAIL**
*(Counsel to the Liquidity Loan Agent)*
Shipman & Goodwin LLP
Nathan Z. Plotkin, Esq.
Kathleen LaManna, Esq.
Kimberly Cohen, Esq.
One Constitution Plaza
Hartford, CT  06103-1919

**FIRST CLASS MAIL**
*(Counsel to the Revolving Credit Facility Agent)*
Cortland Capital Market Services, LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Jacob Adlerstein, Esq.
Teresa LII, Esq
1285 Avenue of the Americas
New York, NY  10019-6064

**FIRST CLASS MAIL**
*(Counsel to the Revolving Credit Facility Agent)*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Claudia Tobler, Esq.
2001 K St NW
Washington, DC 20006

**FIRST CLASS MAIL**
*(Counsel to the Indenture Trustee)*
Bank of New York Mellon
c/o Norton Rose Fulbright US LLP
Marian Baldwin Fuerst
Francisco Vazquez
1301 Avenue of the Americas
New York, NY  10019-6022

**FIRST CLASS MAIL**
*(Counsel to Counsel to the Current ABL Agent)*
Wells Fargo Bank, N.A.
c/o Kelley Drye & Warren LLP
Pamela Bruzzese-Szczygiel, Esq.
101 Park Avenue
New York, NY  10178

**FIRST CLASS MAIL**
*(Counsel to the Current ABL Lender)*
Linklaters LLP
Robert Trust, Esq.
1345 Avenue of the Americas
New York, NY  10105

**FIRST CLASS MAIL**
*(Counsel to New ABL)*
Latham & Watkins LLP
Richard A. Levey, Esq.
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611

**FIRST CLASS MAIL**
*(Counsel to syncreon Global Holdings Limited)*
Sandeep Qusba, Esq.
Edward R. Linden, Esq.
Chase A. Bentley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

**FOREIGN FIRST CLASS**
*(Foreign Representative)*
Carine Van Landschoot
syncreon Tilburg
Athenstraat 4-10
5047 RK Tilburg
NETHERLANDS

**FOREIGN FIRST CLASS**
*(Parent Credit Facility Agent)*
Wilmington Trust (London) Limited
Sajada Afzal
Third Floor
1 Kings Arms Yard
LONDON EC2R 7AF

**FOREIGN FIRST CLASS**
*(Information Agent)*
Lucid Issuer Services Limited
Sunjeeve Patel, Managing Director
Tankerton Works
12 Argyle Walk
LONDON WC1H 8HA